1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANCES T. MILLER,

                Plaintiff,

        v.

VERIZON WIRELESS LONG-TERM
DISABILITY PLAN,

              Defendant.

Case No. C06-5409RBL

ORDER DENYING MOTION FOR
RECONSIDERATION

This matter is before the court on Plaintiff's Motion for Reconsideration.  [Dkt. # 15] Plaintiff argues that the Defendant's letter of July 12, 2005, contains "an admission" that she applied for Long Term Disability benefits prior to December 23, 2002, by reflecting the defendant's position that she appealed the denial of LTD benefits on that date.

Defendant points out that the context of the letter and the other facts in the case demonstrate that this date is a typographical error.

Local Rule CR 7(h) provides in relevant part:

Motions for reconsideration are disfavored.  The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

Because the July 12, 2005 error does not serve to make Plaintiff' claims timely, and because her claims

ORDER
Page - 1

1    were properly dismissed for additional reasons, she cannot meet this standard.   Plaintiff's Motion for

2    Reconsideration [Dkt. #15] is therefore DENIED.

3         DATED this 7th of February, 2007

4                                              RONALD B. LEIGHTON

5                                              UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page - 2